Josephine K. Petrick (SBN 280233)
jpetrick@nortonlaw.com
Matthew Liscovitz (SBN 334381)
mliscovitz@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendant
COINBASE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YUYUAN GAO,<br><br>             Plaintiff,<br><br>     v.<br><br>COINBASE INC.,<br><br>             Defendant. | Case No. 2:25-cv-07941<br><br>**DEFENDANT COINBASE, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS (L.R. 83-1.4)** |

Pursuant to Civil Local Rule 83-1.4, Defendant Coinbase, Inc. ("Coinbase") hereby submits this Notice of Pendency of Other Actions or Proceedings to give notice that the following cases may involve all or a material part of the subject matter of the above-captioned pending civil action:

- *Yuyuan Guo v. Amazon Web Services, LLC., et al*, Los Angeles County Superior Court No. 24SMCV01056, filed on March 8, 2024 ("*Guo v. Amazon*");
- *Yuyuan Gao v. Payward, Inc. d/b/a Kraken et al.*, Los Angeles Superior Court No. 24STCV14159, filed on June 6, 2024, appeal filed, No. B346165 (2d Dist. May 14, 2025) (*Gao v. Payward*).

## I. PARTIES AND COUNSEL OF RECORD

### A. *Guo v. Amazon*

The plaintiff in *Guo v. Amazon* is Yuyuan Guo. Mr. Guo is represented by the following counsel of record:

> Ronda R. Dixon Esq.
> Dixon Justice Center APC
> 400 Corporate Pointe, Suite 300
> Culver City, CA 90230
> Phone: 323-641-2731
> Email: ronda@dixonjusticecenter.com

The named defendants in the *Guo v. Amazon* Second Amended Complaint are: Amazon Web Services, LLC ("AWS"); Amazon.com., Inc.; Binance Holdings Ltd.; Coinbase Global, Inc.; Payward, Inc., d/b/a Kraken; Shi Yang "Lena" a/k/a "Shi Yang"; and various Doe defendants.

To Coinbase's knowledge, only Defendant Amazon Web Services has appeared in *Guo v. Amazon*. Coinbase is named as a defendant in *Guo v. Amazon* but has not been served and has not appeared in that action.

In *Guo v. Amazon*, Defendant AWS is represented by the following counsel of record:

> Mark Christopher Burnside, Esq.
> Davis Wright Tremaine LLP

1

```
350 S Grand Ave, Fl 27
Los Angeles, CA 90071-3487
Phone: 213-633-6849
Email: markburnside@dwt.com
```

### B.   *Gao v. Payward*

The plaintiff in *Gao v. Payward* is Yuyuan Gao. Mr. Gao is represented by the following counsel of record:

```
T. Khan, Esq.
FOGLIGHT LAW INC.
21213 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
Phone: 626-869-8785
Email: admin@foglightlaw.com
```

The defendants in *Gao v. Payward* are Payward, Inc. d/b/a Kraken and Doe defendants. Payward is represented by the following counsel of record in the trial court and on appeal:

```
Robert S. Sandoval, Esq.
Payward, Inc.
100 Pine St., Suite 1250
San Francisco, CA 94111
Phone: (707) 647-4824
Email: robert.sandoval@kraken.com
```

## II.   LOCAL RULE 83-1.4.2(E) STATEMENT

### A.   *Guo v. Amazon*

The plaintiff in *Guo v. Amazon* is Yuyuan "Peter" **Guo**. He alleges he was the victim of a pig-butchering scheme by which he was deceived into investing $197,935 in digital assets via a fraudulent investment website between May 2022 and October 2022. (Guo Second Amended Complaint, filed June 9, 2025.) He alleges that the transferred funds were processed on cryptocurrency platforms Binance Holdings Ltd. ("Binance"), Coinbase Global, Inc. ("Coinbase"), and Payward Inc. d/b/a Kraken ("Kraken"), and that AWS is responsible for its cloud infrastructure being used to deploy alleged phishing websites. Apparently only AWS has been served and appeared.

While the *Guo v. Amazon* complaint spells the plaintiff's name "Yuyuan 'Peter' Guo," the plaintiff's name and factual allegations are substantially similar to those in the civil action pending in this Court. Coinbase thus provides notice of this pending L.A. Superior Court case pursuant to Local Rule 83-1.4.

### B.     *Gao v. Payward*

The plaintiff in *Gao v. Payward* is "Yuyuan Gao," spelled the same as the Plaintiff named in the civil action pending in this Court. He alleges that in June 2022, he was the victim of a cryptocurrency scam by which he was deceived into investing $48,935 by way of Kraken's cryptocurrency platform. On March 14, 2025, the L.A. Superior Court sustained Kraken's demurrer to the second amended complaint without leave to amend. The case is now on appeal. Coinbase thus provides notice of action pursuant to Local Rule 83-1.4.

Dated: August 22, 2025                           Respectfully Submitted,

                                                 THE NORTON LAW FIRM PC

                                                 By:   */s Josephine K. Petrick*
                                                       Josephine K. Petrick
                                                       Attorneys for Defendant
                                                       Coinbase, Inc.