Josephine K. Petrick (SBN 280233)
jpetrick@nortonlaw.com
Matthew Liscovitz (SBN 334381)
mliscovitz@nortonlaw.com
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Ste. 450
Oakland, CA 94612
Telephone: (510) 906-4900

Attorneys for Defendant COINBASE, INC.

T. Khan (SBN 295911)
FOGLIGHT LAW INC.
21213 Hawthorne Blvd. Suite B #3300
Torrance, CA 90503
Tel: (626) 869-8785
admin@foglightlaw.com

Attorney for Plaintiff YUYUAN GAO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| YUYUAN GAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COINBASE INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-07941<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND FOR TEMPORARY STAY OF COURT ACTION (FED. R. CIV. P. 6(b)(1); L.R. 7-1)**<br><br>**Complaint served: July 23, 2025**<br>**Case removed: August 22, 2025**<br>**Current response date: August 29, 2025**<br>**New response date: October 13, 2025** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff Yuyuan Gao ("Plaintiff") and Defendant Coinbase, Inc. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, Plaintiff initiated this action in Los Angeles Superior Court on June 6, 2024, but did not serve the original complaint on Defendant;

WHEREAS, Plaintiff filed a First Amended Complaint in Los Angeles Superior Court on April 28, 2025;

WHEREAS, on July 23, 2025, Plaintiff served the First Amended Complaint ("Complaint") on Defendant;

WHEREAS, on August 22, 2025, Defendant filed a Notice of Removal in this Court, invoking this Court's federal question and supplemental jurisdiction, *see* 28 U.S.C. §§ 1331, 1367; 15 U.S.C. §§ 1693 et seq.; 12 C.F.R. §§ 1005.1 et seq.;

WHEREAS, Defendant did not respond to the Complaint in the Los Angeles Superior Court action before filing a notice of removal, making its deadline to respond to the Complaint Friday, August 29, 2025, *see* Fed. R. Civ. P. 81(c)(2);

WHEREAS, to have an account with Defendant, all users must agree to the User Agreement, which contains an arbitration clause;

WHEREAS, the parties are meeting and conferring about a potential stipulation to submit this dispute to binding arbitration and to stay this court action until any such arbitration is concluded, or, barring a stipulation, about a motion to compel arbitration pursuant to the User Agreement;

WHEREAS, Plaintiff's counsel has been and continues to be at trial in another matter beginning August 18, 2025, and which is anticipated to last ten court days, i.e., until September 2, 2025;

WHEREAS, Plaintiff is willing to provide additional time to respond to the Complaint; and

WHEREAS, given the parties' and their counsel's schedules, and in the interest of efficiency, the Parties desire additional time to meet and confer about an arbitration stipulation or motion;

**THEREFORE, THE PARTIES HEREBY STIPULATE** pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7-1 as follows:

1. Defendant's last day to file its response to the Complaint is extended by 45 days from Friday, August 29, 2025, to Monday, October 13, 2025; and

2. The Parties respectfully request that the Court stay further proceedings in this action until October 13, 2025.

IT IS SO STIPULATED AND AGREED.

Dated: August 22, 2025        THE NORTON LAW FIRM PC

                              By: /s Josephine K. Petrick
                                  Josephine K. Petrick
                                  Attorneys for Defendant
                                  Coinbase, Inc.

Dated: August 22, 2025        FOGLIGHT LAW INC.

                              By: /s T. Khan
                                  T. Khan*
                                  Attorneys for Plaintiff YUYUAN GAO

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the signatory above concurs in the filing's content and has authorized the filing.

Dated: August 22, 2025                By: /s Josephine K. Petrick
                                          Josephine K. Petrick